# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: Clay Jackson III                          § Case No. 08-16200
                                                 §
                                                 § Hon. Jack B. Schmetterer
Debtor                                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
LOUIS W. LEVIT, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 11/19/2009 in Courtroom 682, United States Courthouse, 219 S. Dearborn St.
Chicago, IL 60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed: _____     By: /s/Kenneth S. Gardner_____
                                          Clerk of U.S. Bankruptcy Court

LOUIS W. LEVIT
555 Skokie Blvd
SUITE 500
Northbrook, IL  60062

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: Clay Jackson III | § | Case No. 08-16200 |
| | § | |
| | § | Hon. Jack B. Schmetterer |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 50,001.94 |
| *and approved disbursements of* | $ 35,207.45 |
| *leaving a balance on hand of* [1] | $ 14,794.49 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                              *Proposed Payment*
                            N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Louis W. Levit, Trustee | $ 4,250.13 | $ |
| *Attorney for trustee* | DiMonte & Lizak | $ 8,091.00 | $ 40.80 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                         *Fees*                         *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

*Attorney for debtor* _____ $_____ $_____
*Attorney for*        _____ $_____ $_____
*Accountant for*      _____ $_____ $_____
*Appraiser for*       _____ $_____ $_____
*Other*               _____ $_____ $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 135,742.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | PYOD LLC assignee of Citibank | $ 12,565.29 | $ 223.27 |
| 3 | PYOD LLC assignee of Citibank | $ 27,337.91 | $ 485.76 |
| 4 | PYOD LLC assignee of Citibank | $ 22,367.55 | $ 397.44 |
| 5 | Discover Bank/DFS Services LLC | $ 2,366.38 | $ 42.05 |
| 6 | CHASE BANK USA | $ 11,930.77 | $ 211.99 |
| 7 | CHASE BANK USA | $ 34,504.25 | $ 613.10 |
| 8 | American Express Centurion Bank | $ 11,836.42 | $ 210.32 |
| 9 | American Express Centurion Bank | $ 908.61 | $ 16.14 |
| | PRA Mgmt--Bank of | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | America/MBNA | $ 5,950.94 | $ 105.74 |
| 11 | LVNV Funding LLC--Citi | $ 1,937.85 | $ 34.43 |
| 12 | LVNV Funding LLC--GEMB/Sams | $ 4,036.12 | $ 71.72 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By:  /s/LOUIS W. LEVIT
Trustee

LOUIS W. LEVIT  
555 Skokie Blvd  
SUITE 500  
Northbrook, IL  60062

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: arodarte              Page 1 of 2                   Date Rcvd: Oct 19, 2009
Case: 08-16200                Form ID: pdf006             Total Noticed: 33


The following entities were noticed by first class mail on Oct 21, 2009.
db           +Clay Jackson, III,    14518 Kimbark Ave.,    Dolton, IL 60419-2450
aty          +Harman and Fedick Ltd,    222 N LaSalle St,    Suite 430,    Chicago, IL 60601-1012
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
aty          +Mario M Arreola,    Law Offices Of Peter Francis Geraci,    55 East Monroe St Suite #3400,
               Chicago, IL 60603-5920
tr           +Louis W Levit, ESQ,    555 Skokie Boulevard # 500,    Northbrook, IL 60062-2845
12353981     +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
12564039      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12353995     +Bank of America,    Attn: Bankruptcy Dept.,    PO Box 15168,    Wilmington, DE 19850-5168
12353988     +Bank of America/MBNA,    Bankruptcy Department,    PO Box 15026,    Wilmington, DE 19850-5026
12538062     +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14349637      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE  19850-5145
12353978     +Chase/Cardmember Services,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
12353987     +Chase/Circuit City,    Attn: Bankruptcy Dept.,    PO Box 15291,    Wilmington, DE 19886-5291
12353984     +Citi Card,    Bankruptcy Department,    PO Box 688903,    Des Moines, IA 50368-8903
12353985     +Citi Card,    Bankruptcy Department,    PO Box 688910,    Des Moines, IA 50368-8910
12353986     +Citi Card,    Bankruptcy Department,    PO Box 688916,    Des Moines, IA 50368-8916
12353992     +Citifinancial,    Bankruptcy Department,    4500 New Linden Hill Rd.,    Wilmington, DE 19808-2922
12353980     +Clerk, First Mun Div,    Doc# 07-M1-194684,    131 S. Dearborn St., floor 5,
               Chicago, IL 60603-5571
12353991    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    Attn: Bankruptcy Dept.,    38 Fountain Sq. Plaza,
               Cincinnati, OH 45263)
12353989      Ford Motor Credit Company,    Bankruptcy Department,    PO Box 537901,    Livonia, MI 48153-7901
12393721     +Ford Motor Credit Company LLC,    P O  Box 537901,    Livonia  MI 48153-7901
12353999     +Harris Bank,    Bankruptcy Dept.,    3800 Golf Rd. Suite 300,    Rolling Meadows, IL 60008-4037
12353979     +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
               Chicago, IL 60603-5571
12353996    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Assoc.,    Riverside Commerce Center,
               120 Corporate Blvd., Ste. 100,    Norfolk, VA 23502)
12470550      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12579843     +Pra Receivables Management, Llc,    As Agent Of Portfolio Recovery Assocs.,
               c/o Mbna/Bank Of America,    POB 41067,    NORFOLK VA 23541-1067
12353998     +Sears Bankruptcy Recovery,    Citibank USA Sears,    PO Box 20363,    Kansas City, MO 64195-0363
12353990     +Washington Mutual Home Loans,    Attn: Bankruptcy Dept.,    PO Box 9001123,
               Louisville, KY 40290-1123
12353982     +Zwicker & Associates, PC,    Bankruptcy Department,    80 Minuteman Rd.,    Andover, MA 01810-1008

The following entities were noticed by electronic transmission on Oct 19, 2009.
12353993      E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2009 05:43:39      Discover Card,
               Bankruptcy Department,    12 Reads Way,    New Castle, DE 19720
12484906     +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 20 2009 05:43:39
               Discover Bank/DFS Services LLC,    POB 3025,    New Albany Ohio 43054-3025
12353997     +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2009 05:29:06      GE Money Bank,
               (Sam's Club Discover),    c/o Recovery Management Systems Corp,    25 S E 2nd Ave Ste 1120,
               Miami, FL 33131-1605
12622568      E-mail/Text: resurgentbknotifications@resurgent.com                         LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Geraci Arreola and Hernandez LLC
12353994*    +American Express,    Bankruptcy Department,    Box 0001,    Los Angeles, CA 90096-8000
12564040*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12353983*    +Chase/Cardmember Services,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                               TOTALS: 1, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1         User: arodarte          Page 2 of 2              Date Rcvd: Oct 19, 2009
Case: 08-16200               Form ID: pdf006         Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2009**                **Signature:**    *Joseph Speetjens*