# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re: Clay Jackson III　　　　　　　　　　　　　　§　Case No. 08-16200
　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　　§
Debtor(s)

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　　LOUIS W. LEVIT, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $210,460.00 |
| Total Distribution to Claimants: $5,687.73 | Claims Discharged Without Payment:  $149,328.55 |
| Total Expenses of Administration:  $29,315.19 | |

　　　3) Total gross receipts of $ 50,002.92 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $35,002.92 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $138,000.00 | $3,274.19 | $3,274.19 | $3,274.19 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 29,315.19 | 29,315.19 | 29,315.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 164,100.00 | 135,742.09 | 135,742.09 | 2,413.54 |
| **TOTAL DISBURSEMENTS** | $302,100.00 | $168,331.47 | $168,331.47 | $35,002.92 |

4) This case was originally filed under Chapter 7 on June 24, 2008.
. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2010_____    By: /s/LOUIS W. LEVIT_____
                                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PI Claim | 1142-000 | 50,000.00 |
| Interest Income | 1270-000 | 2.92 |
| **TOTAL GROSS RECEIPTS** | | **$50,002.92** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| CLAY JACKSON | Allowed PI exemption per Court order 5/21/09 | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

### EXHIBIT 3 − SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Motor Credit Company LLC | 4210-000 | 8,000.00 | N/A | N/A | 0.00 |
| BLUE CROSS & BLUE SHIELD OF ILLINOIS | 4220-000 | N/A | 3,274.19 | 3,274.19 | 3,274.19 |
| Fifth Third Bank | 4110-000 | 58,000.00 | N/A | N/A | 0.00 |
| Washington Mutual Home Loan | 4110-000 | 72,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$138,000.00** | **$3,274.19** | **$3,274.19** | **$3,274.19** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DiMonte & Lizak | 3210-000 | N/A | 8,091.00 | 8,091.00 | 8,091.00 |
| HARMAN & FEDICK LTD | 3210-600 | N/A | 8,333.33 | 8,333.33 | 8,333.33 |
| GERACI, ARREOLA & HERNANDEZ | 3210-600 | N/A | 8,333.33 | 8,333.33 | 8,333.33 |
| DiMonte & Lizak | 3220-000 | N/A | 40.80 | 40.80 | 40.80 |
| HARMAN & FEDICK LTD | 3220-610 | N/A | 266.60 | 266.60 | 266.60 |
| Louis W. Levit, Trustee | 2100-000 | N/A | 4,250.13 | 4,250.13 | 4,250.13 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 29,315.19 | 29,315.19 | 29,315.19 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD LLC assignee of Citibank | 7100-000 | 12,700.00 | 12,565.29 | 12,565.29 | 223.42 |
| PYOD LLC assignee of Citibank | 7100-000 | 27,500.00 | 27,337.91 | 27,337.91 | 486.09 |
| PYOD LLC assignee of Citibank | 7100-000 | 20,400.00 | 22,367.55 | 22,367.55 | 397.70 |
| Discover Bank/DFS Services LLC | 7100-000 | 1,900.00 | 2,366.38 | 2,366.38 | 42.07 |
| CHASE BANK USA | 7100-000 | 12,100.00 | 11,930.77 | 11,930.77 | 212.13 |
| CHASE BANK USA | 7100-000 | 50,000.00 | 34,504.25 | 34,504.25 | 613.49 |
| American Express Centurion Bank | 7100-000 | 12,000.00 | 11,836.42 | 11,836.42 | 210.45 |
| American Express Centurion Bank | 7100-000 | 1,000.00 | 908.61 | 908.61 | 16.16 |
| PRA Mgmt--Bank of America/MBNA | 7100-000 | 5,000.00 | 5,950.94 | 5,950.94 | 105.81 |
| LVNV Funding LLC--Citi | 7100-000 | 1,700.00 | 1,937.85 | 1,937.85 | 34.46 |
| LVNV Funding LLC--GEMB/Sams | 7100-000 | 3,800.00 | 4,036.12 | 4,036.12 | 71.76 |
| Sears/Citibank | 7100-000 | 1,900.00 | N/A | N/A | 0.00 |
| Bank of America | 7100-000 | 6,100.00 | N/A | N/A | 0.00 |
| Harris Bank | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| Chase/Circuit City | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 164,100.00 | 135,742.09 | 135,742.09 | 2,413.54 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-16200  
**Case Name:** Clay Jackson III  

**Trustee:** (330450) LOUIS W. LEVIT  
**Filed (f) or Converted (c):** 06/24/08 (f)  
**§341(a) Meeting Date:** 07/21/08  

**Period Ending:** 01/08/10  
**Claims Bar Date:** 10/23/08  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real Property (14518 Kimbark Ave., Dolton, IL)<br>stay lifted as to real property 11/10/08 | 160,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account | 800.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CDs, tapes | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Watches | 10.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension | 100,000.00 | 0.00 | | 0.00 | FA |
| 9 | Worker's comp claim | 75,000.00 | 0.00 | | 0.00 | FA |
| 10 | PI Claim | 15,000.00 | Unknown | | 50,000.00 | FA |
| 11 | 2005 Kia Spectra<br>car in accident pre petition---insurance proceeds paid<br>to lender prior to BK | 9,450.00 | 0.00 | | 0.00 | FA |
| 12 | 2003 Ford Expedition | 8,500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.92 | Unknown |
| 13 | **Assets** **Totals** (Excluding unknown values) | **$371,010.00** | **$0.00** | | **$50,002.92** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    **Current Projected Date Of Final Report (TFR):**

Printed: 01/08/2010 09:52 AM    V.11.53

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-16200 | | **Trustee:** | LOUIS W. LEVIT (330450) |
| **Case Name:** | Clay Jackson III | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****35-65 - Money Market Account |
| **Taxpayer ID #:** | 54-6851189 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 01/08/10 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/09/09 | {10} | State Farm Auto Ins. Co. | settlement of claim against Joe Jones Claim No. 13-A-121-686 | 1142-000 | 50,000.00 | | 50,000.00 |
| 07/16/09 | | To Account #********3566 | Transfer to make disbursements per order 5-21-09 | 9999-000 | | 35,207.45 | 14,792.55 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 14,793.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.62 | | 14,793.89 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,794.49 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.60 | | 14,795.09 |
| 11/19/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.38 | | 14,795.47 |
| 11/19/09 | | To Account #********3566 | to close account for final distribution | 9999-000 | | 14,795.47 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 50,002.92 | 50,002.92 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 50,002.92 | |
| | | | **Subtotal** | | 50,002.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$50,002.92** | **$0.00** | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/08/2010 09:52 AM    V.11.53

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-16200 | | Trustee: | LOUIS W. LEVIT (330450) |
|---|---|---|---|---|
| Case Name: | Clay Jackson III | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****35-66 - Checking Account |
| Taxpayer ID #: | 54-6851189 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/08/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/16/09 | | From Account #********3565 | Transfer to make disbursements per order 5-21-09 | 9999-000 | 35,207.45 | | 35,207.45 |
| 07/16/09 | 101 | CLAY JACKSON | Allowed PI exemption per Court order 5/21/09 | 8100-002 | | 15,000.00 | 20,207.45 |
| 07/16/09 | 102 | BLUE CROSS & BLUE SHIELD OF ILLINOIS | Allowed lien per Court order 5/21/09 | 4220-000 | | 3,274.19 | 16,933.26 |
| 07/16/09 | 103 | HARMAN & FEDICK LTD | Special Counsel expenses per Court order 5/21/09 | 3220-610 | | 266.60 | 16,666.66 |
| 07/16/09 | 104 | HARMAN & FEDICK LTD | Co-Special Counsel fees per Court order 5/21/09 | 3210-600 | | 8,333.33 | 8,333.33 |
| 07/16/09 | 105 | GERACI, ARREOLA & HERNANDEZ | Co-Special Counsel fees per Court order 5/21/09 | 3210-600 | | 8,333.33 | 0.00 |
| 11/19/09 | | From Account #********3565 | to close account for final distribution | 9999-000 | 14,795.47 | | 14,795.47 |
| 11/19/09 | 106 | DiMonte & Lizak | Dividend paid 100.00% on $8,091.00, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 8,091.00 | 6,704.47 |
| 11/19/09 | 107 | DiMonte & Lizak | Dividend paid 100.00% on $40.80, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 40.80 | 6,663.67 |
| 11/19/09 | 108 | Louis W. Levit, Trustee | Dividend paid 100.00% on $4,250.13, Trustee Compensation; Reference: | 2100-000 | | 4,250.13 | 2,413.54 |
| 11/19/09 | 109 | PYOD LLC assignee of Citibank | Dividend paid 1.77% on $12,565.29; Claim# 2; Filed: $12,565.29; Reference: | 7100-000 | | 223.42 | 2,190.12 |
| 11/19/09 | 110 | PYOD LLC assignee of Citibank | Dividend paid 1.77% on $27,337.91; Claim# 3; Filed: $27,337.91; Reference: | 7100-000 | | 486.09 | 1,704.03 |
| 11/19/09 | 111 | PYOD LLC assignee of Citibank | Dividend paid 1.77% on $22,367.55; Claim# 4; Filed: $22,367.55; Reference: | 7100-000 | | 397.70 | 1,306.33 |
| 11/19/09 | 112 | Discover Bank/DFS Services LLC | Dividend paid 1.77% on $2,366.38; Claim# 5; Filed: $2,366.38; Reference: | 7100-000 | | 42.07 | 1,264.26 |
| 11/19/09 | 113 | CHASE BANK USA | Dividend paid 1.77% on $11,930.77; Claim# 6; Filed: $11,930.77; Reference: | 7100-000 | | 212.13 | 1,052.13 |
| 11/19/09 | 114 | CHASE BANK USA | Dividend paid 1.77% on $34,504.25; Claim# 7; Filed: $34,504.25; Reference: | 7100-000 | | 613.49 | 438.64 |
| 11/19/09 | 115 | American Express Centurion Bank | Dividend paid 1.77% on $11,836.42; Claim# 8; Filed: $11,836.42; Reference: | 7100-000 | | 210.45 | 228.19 |
| 11/19/09 | 116 | American Express Centurion Bank | Dividend paid 1.77% on $908.61; Claim# 9; Filed: $908.61; Reference: | 7100-000 | | 16.16 | 212.03 |
| 11/19/09 | 117 | PRA Mgmt--Bank of America/MBNA | Dividend paid 1.77% on $5,950.94; Claim# 10; Filed: $5,950.94; Reference: | 7100-000 | | 105.81 | 106.22 |
| 11/19/09 | 118 | LVNV Funding LLC--Citi | Dividend paid 1.77% on $1,937.85; Claim# 11; Filed: $1,937.85; Reference: | 7100-000 | | 34.46 | 71.76 |
| 11/19/09 | 119 | LVNV Funding LLC--GEMB/Sams | Dividend paid 1.77% on $4,036.12; Claim# 12; | 7100-000 | | 71.76 | 0.00 |
| | | | Subtotals: | | $50,002.92 | $50,002.92 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-16200  
**Case Name:** Clay Jackson III

**Trustee:** LOUIS W. LEVIT (330450)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*35-66 - Checking Account

**Taxpayer ID #:** 54-6851189  
**Period Ending:** 01/08/10

**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $4,036.12; Reference: | | | | |
| | | | ACCOUNT TOTALS | | 50,002.92 | 50,002.92 | $0.00 |
| | | | Less: Bank Transfers | | 50,002.92 | 0.00 | |
| | | | Subtotal | | 0.00 | 50,002.92 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $35,002.92 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*-\*\*\*\*\*35-65 | 50,002.92 | 0.00 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*35-66 | 0.00 | 35,002.92 | 0.00 |
| | $50,002.92 | $35,002.92 | $0.00 |